UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DOUGLAS A. GLASER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE KENTWOOD COMPANY<br>CHERRY CREEK L.L.C., et al.,<br><br>　　　　Defendants. | Case No. 09-CV-00259-JCC<br><br>ORDER DENYING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS |

Plaintiff Douglas A. Glaser is proceeding *pro se* and has filed an application to proceed *in forma pauperis* in this proposed civil action. Dkt. No. 1. After careful consideration of his application, the governing law and the balance of the record, the Court ORDERS as follows:

(1) Plaintiff's application to proceed *in forma pauperis* (Dkt. No. 1) is DENIED. It appears from Plaintiff's application that he has sufficient financial resources to pay the $350 filing fee required in federal civil actions. Specifically, Plaintiff states that he currently earns $2,500 per month in gross income.

(2) Plaintiff is directed to pay the $350 filing fee **no later than April 10, 2009**. The Court will take no further action in this matter unless and until the filing fee is paid. If

ORDER
PAGE - 1

Plaintiff fails to timely pay the requisite fee, this Court may recommend that the case be dismissed.

       (3)      The Clerk of the Court is directed to send copies of this Order to the Plaintiff and to the Honorable John C. Coughenour.

       DATED this 10th day of March, 2009.

                                              JAMES P. DONOHUE
                                              United States Magistrate Judge